IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSON VERNELL FRAZIER II,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN SMITH, Sergeant, Individual Capacity; ANGIE CIRCO, Detective, Individual Capacity; MARLENE NOVOTNY, Sergent, Individual Capacity; and SCOTT FOX, Fire Investigator, Individual Capacity;<br><br>Defendants. | 8:20CV520<br><br>**ORDER** |

    This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Based on the conversation with the parties and the information received during the planning conference today, in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 28th day of July, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge