# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSON VERNELL FRAZIER, II, | |
| Plaintiff, | 8:20CV520 |
| vs. | |
| JUSTIN SMITH, Sergeant, Individual Capacity; ANGIE CIRCO, Detective, Individual Capacity; MARLENE NOVOTNY, Sergent, Individual Capacity; and SCOTT FOX, Fire Investigator, Individual Capacity; | ORDER |
| Defendants. | |

**IT IS ORDERED** that the initial progression order is as follows:

1) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is **August 16, 2021**.

2) The deadline for filing the anticipated qualified immunity motion is **September 17, 2021**. Further case progression will be deferred until after resolution of such motion.[1]

3) The parties shall contact the undersigned magistrate judge's chambers within seven (7) days after a ruling on the anticipated qualified immunity motion to set a status conference for discussing further case progression, if necessary.

Dated this 6th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.