IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALPHONSO VERNELL FRAZIER, II,

             Plaintiff,

v.

JUSTIN SMITH; ANGIE CIRCO; MARLENE NOVOTNY; and SCOTT FOX; all in their individual capacities,

             Defendants.

8:20CV520

ORDER

      This matter is before the Court on plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Application") (Filing No. 49). Plaintiff filed a Notice of Appeal (Filing No. 48) on February 10, 2022. Plaintiff appeals from the Court's Memorandum and Order (Filing No. 46) and Judgment (Filing No. 47) dated January 12, 2022. Upon review of plaintiff's Application (and his previous Application, Filing No. 5), the Court finds plaintiff is entitled to proceed on appeal in forma pauperis.

      IT IS SO ORDERED.

      Dated this 14th day of February 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge